ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA A. RUIZ           ) | No. CV 10-7721- SH |
|      Plaintiff,     ) | |
|                ) | |
|        v.        ) | **JUDGMENT OF REMAND** |
|                ) | |
| MICHAEL J. ASTRUE,    ) | |
| Commissioner of Social Security, ) | |
|       Defendant.    ) | |
| _____ ) | |

      The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 18, 2011

_____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE